**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00308-KMT

ERYN R. MEGNA,
ROBERT V. MEGNA, and
BACKSTREET BISTRO, LLC

      Plaintiffs,

v.

LITTLE SWITZERLAND OF AMERICA CANDY FACTORY, INC.,
KRISTINE M. ULLEMEYER, and
HAYES ULLEMEYER

      Defendants.

---

**UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE
SET FOR APRIL 4, 2018**

---

Defendants LITTLE SWITZERLAND OF AMERICA CANDY FACTORY, INC., KRISTINE M. ULLEMEYER, AND HAYES ULLEMEYER, through their attorney, **ROGER F. SAGAL**, of **SAGAL LAW, LLC**, respectfully submit this unopposed motion to continue the Scheduling Conference set for April 4, 2018. (Doc 32).

**CERTIFICATION PURSUANT TO D.C.COLO.LCiv R 7.1A**

Undersigned counsel certifies that on March 15, 2018, counsel for the parties conferred about the relief requested herein. Counsel for Plaintiff does not object to the relief requested and states he is available for a status conference on either April 27 or April 30, 2018.

1.    April 4, 2018 falls during Spring Break week for Defendants' counsel. Counsel has a previously scheduled trip that week with family and respectfully seeks an alternative date

1

for the Scheduling Conference. Although it is counsel's understanding that his participation via telephone would be permissible if sought by motion, counsel prefers to appear in person for the Scheduling Conference if at all possible.

2. Counsel seeks a continuance of the conference until April 27 or 28, which dates are satisfactory to Plaintiffs and which dates counsel for Defendants was scheduled to be traveling to the Front Range in any event. If the suggested dates are not convenient to the Court, counsel seeks a continuance or change of date to any date convenient to the Court outside the week of April 4.

Dated this 16th day of March 2018.

/s/ Roger F. Sagal
*Roger F. Sagal*
Sagal Law, LLC
PO BOX 1168
241 S. Elizabeth Street
Ridgway, CO 81432
Telephone: (970) 626-5891
FAX: (970) 512-7746
E-mail: roger@sagalgroup.com

Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of March 2018 a true and correct copy of the above and foregoing **UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE** was electronically filed with the Clerk of Court *via* CM/ECF and served on the following:

Julian G.G. Wolfson
The Law Office of Julian G.G. Wolfson, LLC
jwolfsonlaw@gmail.com

*Anita Posey*
Anita D. Posey