**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:17-cv-308-RM-KMT

ERYN R. MEGNA,
ROBERT V. MEGNA, and
BACKSTREET BISTRO, LLC

     Plaintiffs,

v.

LITTLE SWITZERLAND OF AMERICA CANDY FACTORY, INC.,
KRISTINE M. ULLEMEYER, and
HAYES ULLEMEYER

     Defendants.

---

### MOTION FOR EXTENSION OF TIME TO FILE [PROPOSED] SCHEDULING ORDER

---

Plaintiffs, by and through undersigned counsel, hereby submit the following Motion for Extension of Time to File [Proposed] Scheduling Order:

#### CERTIFICATION PURSUANT TO D.C.COLO. LCIVR. 7.1

Counsel for Plaintiffs, Julian G.G. Wolfson, hereby certifies that he conferred with counsel for Defendants before filing this motion, and counsel indicated that Defendants do not oppose the relief sought herein.

#### ARGUMENT

1. The parties Proposed Scheduling Order was due on April 16, 2018.

2. On April 16, 2018, Plaintiffs' counsel called the Court's Clerk to inform the Court that the parties would not be prepared to file until April 17, 2018.

3. Despite the best efforts of both parties, counsel needs additional time to finalize the Proposed Scheduling Order.

4. Accordingly, Plaintiffs' hereby request that the Court grant the parties an extension of time, up to and including April 18, 2018, to file the Proposed Scheduling Order in the instant matter.

## CONCLUSION

5. Plaintiffs respectfully request that the Court grant its Motion for Extension of Time to File [Proposed] Scheduling Order.

Dated this 17th day of April, 2018.

> */s/Julian G.G. Wolfson*
> Julian G.G. Wolfson
> LAW OFFICE OF JULIAN G.G. WOLFSON, LLC
> 1630 Welton Street #413
> Denver, CO 80202
> (720) 507-5133
> jwolfsonlaw@gmail.com
>
> *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April, 2018, a true and correct copy of the above and foregoing **MOTION FOR EXTENSION OF TIME TO FILE [PROPOSED] SCHEDULING ORDER** was electronically filed with the Clerk of the Court using CM/ECF system and served on the following:

Roger F. Sagal
Sagal Law, LLC
PO BOX 1168
241 S. Elizabeth Street
Ridgway, CO 81432
Telephone: (970) 512-7746
E-mail: roger@sagalgroup.com

ATTORNEY FOR DEFENDANTS