IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 1:17-00308-RM-KMT

ERYN R. MEGNA,
ROBERT V. MEGNA, and
BACKSTREET BISTRO, LLC,

      Plaintiffs,

v.

LITTLE SWITZERLAND OF AMERICA CANDY FACTORY, INC.,
KRISTINE M. ULLEMEYER, and
HAYES ULLEMEYER,

      Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court sua sponte. After Plaintiffs' counsel was permitted to withdraw (ECF No. 144), the Court directed the parties to reset this case for trial on or before June 24, 2020. At this time, no new counsel has appeared on behalf of Plaintiffs. Although the individual Plaintiffs are entitled to proceed pro se, Plaintiff Backstreet Bistro, LLC, cannot proceed without counsel.

It is therefore ORDERED that, on or before July 2, 2020, Plaintiffs shall SHOW CAUSE why the claims asserted by Plaintiff Backstreet Bistro, LLC, should not be dismissed due to failure to procure counsel.

DATED this 25th day of June, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge