**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:17-00308-RM-KMT

ERYN R. MEGNA,
ROBERT V. MEGNA, and
BACKSTREET BISTRO, LLC,

      Plaintiffs,

v.

LITTLE SWITZERLAND OF AMERICA CANDY FACTORY, INC.,
KRISTINE M. ULLEMEYER, and
HAYES ULLEMEYER,

      Defendants.

___

**ORDER**
___

On June 25, 2020, the Court ordered Plaintiffs to show cause, on or before July 2, 2020, why the claims asserted by Plaintiff Backstreet Bistro, LLC, should not be dismissed for failure to procure counsel (ECF No. 149). *See Harrison v. Wahatoyas*, L.L.C., 253 F.3d 552, 556 (10th Cir. 2001) ("As a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se.").

After Plaintiffs' former counsel withdrew, the Court-imposed a deadline for obtaining substitute counsel. (See ECF No. 144.) After extending the deadline sua sponte, the Court issued the order to show cause. Plaintiffs have failed to respond to the order to show cause, and the time to do so has expired.

Therefore, the order to show cause (ECF No. 149) is MADE ABSOLUE, and the claims asserted by Plaintiff Backstreet Bistro, LLC, are hereby dismissed. Nothing in this order precludes the individual Plaintiffs from proceeding on their claims.

DATED this 24th day of July, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge